**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE:<br><br>APPLICATION OF LOUDMILA BOURLAKOVA AND VERONICA BOURLAKOVA TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No.  24 Misc. _____ |

**APPLICATION AND PETITION OF LOUDMILA BOURLAKOV**
**AND VERONICA BOURLAKOV FOR AN ORDER TO TAKE DISCOVERY FOR USE**
<u>**IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**</u>

Petitioners Loudmila Bourlakova and Veronica Bourlakova ("Petitioners"), pursuant to 28 U.S.C. § 1782 respectfully apply to this Court for an Order authorizing Petitioners to obtain certain limited discovery from Clearing House Payments Company L.L.C. ("CHIPS") for use in a civil proceeding pending before the High Court of Justice, Business and Property Courts of England.  In support of this Application, Petitioners submit a Memorandum of Law and attach the Declarations of Naomi Simpson (the "Simpson Declaration"), and the Declaration of Daniel J. Pohlman (the "Pohlman Declaration") each with accompanying exhibits.  The proposed subpoena *duces tecum* to be served on CHIPS is attached as Exhibit 1 to the Pohlman Declaration, and a proposed Order is attached as Exhibit 2 to the Pohlman Declaration.

Dated: New York, New York
February 20, 2024

PRYOR CASHMAN LLP

By: */s/ E. Scott Schirick*
E. Scott Schirick
Sidhardha Kamaraju
Daniel J. Pohlman

7 Times Square
New York, NY 10036
(212) 421-4100
*Attorneys for Petitioners*