# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

APPLICATION OF LOUDMILA
BOURLAKOVA AND VERONICA
BOURLAKOVA TO TAKE DISCOVERY FOR
USE IN A FOREIGN PROCEEDING
PURSUANT TO 28 U.S.C. § 1782

Case No.  24 Misc. _____

**[PROPOSED] ORDER**

Upon consideration of the Application and Petition for an Order to Take Discovery for

Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by

Loudmila and Veronica Bourlakova ("Petitioners"), and all papers submitted in support thereof,

and good cause having been shown, this Court orders that

(a)      the Petition is granted;

(b)      Petitioners may proceed *ex parte;*

(c)      Petitioners are authorized to serve the Subpoena annexed as Exhibit 1 to the

Declaration of Daniel J. Pohlman, filed in support of the Petition, upon Clearing House

Payments Company L.L.C. ("CHIPS");

(d)      CHIPS is directed to respond to such subpoena pursuant to the Federal Rules of

Civil Procedure and the Local Civil Rules of this Court.

**IT IS SO ORDERED.**

Date:  _____

_____
United States District Judge