UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF LOUDMILA BOURLAKOVA AND VERONICA BOURLAKOVA TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | 24-MC-00071 (JPO)<br><br>ORDER |

Upon consideration of the Application and Petition for an Order to Take Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Loudmila and Veronica Bourlakova ("Petitioners"), and all papers submitted in support thereof, and good cause having been shown, this Court orders that

(a) the Petition is granted;

(b) Petitioners may proceed *ex parte;*

(c) Petitioners are authorized to serve the Subpoena annexed as Exhibit 1 to the Declaration of Daniel J. Pohlman, filed in support of the Petition, upon Clearing House Payments Company L.L.C. ("CHIPS");

(d) CHIPS is directed to respond to such subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.

Dated: February 22, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge