UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF LOUDMILA BOURLAKOVA AND VERONICA BOURLAKOVA TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:24-mc-00071 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of Nicole A. Sullivan dated March 22, 2024 with accompanying exhibits and the accompanying memorandum of law, Nikolai Kazakov ("Nikolai") and Vera Kazakov ("Vera") (collectively the "Kazakovs"), will move this Court before the Honorable J. Paul Oetken, United States District Judge, United States Courthouse, located at 40 Foley Square, New York, New York 10007, Courtroom 706 at a date and time to be set by the Court for an order (1) permitting the Kazakovs to intervene pursuant to Fed. R. Civ. P. 24(a) and/or 24(b); (2) vacating the Order granting the Petitioners' Application under 28 U.S.C. § 1782 pursuant to Fed. R. Civ. P. 60; (3) quashing the subpoena pursuant to Fed. R. Civ. P. 45; and (3) granting such other and further relief as this Court may deem appropriate.

Dated: March 25, 2024

Respectfully submitted,

*/s/ Nicole Sullivan*

_____
Nicole A. Sullivan, Esq.
7 Times Square, Suite 2900
New York, NY 10036

-2-

        212.631.4420
        sullivann@whiteandwilliams.com

TO: Attorneys for Petitioners
    PRYOR CASHMAN LLP
    E. Scott Schirick
    Sidhardha Kamaraju
    Daniel J. Pohlman
    7 Times Square, 40th Floor
    New York, New York 10036
    212.421.4100