UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF LOUDMILA BOURLAKOVA AND VERONICA BOURLAKOVA TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

24-MC-71 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Upon consideration of the letter motion filed by Petitioners Loudmila and Veronica Bourlakova (ECF No. 24) and the response filed by Nikolai and Vera Kazakov (ECF No. 25), the Court hereby ORDERS as follows:

Petitioners' request for interim relief is GRANTED; and

Clearing House Payments Company L.L.C. ("CHIPS") is directed to resume its internal process of searching for and gathering responsive documents and information pursuant to the CHIPS Subpoena, provided that CHIPS shall hold in abeyance and refrain from production of any such material pending further order of this Court; and

Petitioners may serve this Order on CHIPS.

(The Clerk of Court is directed to terminate ECF No. 24.)

SO ORDERED.

Dated: August 14, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge