UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF LOUDMILA
BOURLAKOVA AND VERONICA
BOURLAKOVA TO TAKE
DISCOVERY FOR USE IN A FOREIGN
PROCEEDING PURSUANT TO 28
U.S.C. § 1782

24-MC-71 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Upon review of the Intervenors' letter motion to compel (ECF No. 35) and the

Petitioners' opposition (ECF No. 36), the Court concludes that the motion to compel should be

and is hereby DENIED, without prejudice to any determination in the U.K. Proceeding that the

Intervenors may be entitled to additional disclosure of the relevant discovery.

The Clerk of Court is directed to close the motion at Docket Number 35.

SO ORDERED.

Dated:  December 20, 2024
         New York, New York

_____
J. PAUL OETKEN
United States District Judge